**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-7661**

―――――――――

JAMES R. HICKS,

Petitioner - Appellant,

versus

MARTHA A. WANNAMAKER, Warden, Tyger River Cor-
rectional Institution; CHARLES MOLONY CONDON,
Attorney General of South Carolina,

Respondents - Appellees.

―――――――――

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-00-2236-6-20-AK)

―――――――――

Submitted:  February 16, 2001          Decided:  March 19, 2001

―――――――――

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

James R. Hicks, Appellant Pro Se.  Charles Molony Condon, Attorney
General, Columbia, South Carolina, for Appellees.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James R. Hicks appeals the district court's orders dismissing without prejudice his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record, the district court's opinion accepting the recommendation of the magistrate judge and the district court's order denying Hicks' motion to alter or amend the judgment and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Hicks v. Wannamaker, No. CA-00-2236-6-20-AK (D.S.C. Sept. 6 and Oct. 20, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2